BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT, IL SBN 6191786
Acting Regional Chief Counsel, Region IX
Social Security Administration
DAVID W. LERCH, CA SBN 229411
Special Assistant United States Attorney
   333 Market Street, Suite 1500
   San Francisco, California 94105
   Telephone:  (415) 977-8936
   Facsimile:  (415) 744-0134
   E-Mail: David.Lerch@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| ALBERT JURADO,<br><br>   Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>   Defendant. | CIVIL NO. 2:11-cv-1489-CMK<br><br>STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO FILE DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT |

   The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's motion for summary judgment.

   Counsel for Defendant respectfully requests an extension of time due to his workload, which includes other district court briefs, as well as substantive non-litigation matters.

   The current due date is January 11, 2012.  The new due date will be February 10, 2012.

   The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: January 10, 2012

/s/ *Ann Cerney*
(As authorized via email)
Ann Cerney
Attorney for Plaintiff

Dated: January 9, 2012

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

/s/ *David Lerch*
DAVID LERCH
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED: January 11, 2012

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE